RECEIVED
AUG 3 - 2021
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-400 (NLH) |
| v. | ORDER FOR CONTINUANCE |
| SAIDAH A. DAVIS | |

This matter having come before the Court on the joint application of the United States, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Kristen M. Harberg, Assistant U.S. Attorney, appearing), and defendant Saidah A. Davis (Durann A. Neil, Esquire, appearing), for an order granting a continuance of proceedings in the above-captioned matter so that defendant's counsel will have sufficient time to investigate the case, prepare and file pretrial motions, and prepare for trial; and the defendant being aware that she has the right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The defendant's counsel needs time to review discovery, investigate the case, prepare and file pretrial motions, and prepare for trial.

2. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation of pretrial motions and trial, taking into account the exercise of due diligence.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial, and the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS, therefore, on this ____4th____ day of ____August____ 2021,

ORDERED that this action be, and hereby is, continued from the date of the entry of this Order to and including October 14, 2021; and it is further

ORDERED that the period from the date of this order through and including **October 14, 2021**, be and hereby is excluded in computing time

under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Noel L. Hillman
United States District Judge

Consented to as to form and entry:

_____
KRISTEN M. HARBERG
Assistant U.S. Attorney

_____
DURANN A. NEIL, ESQUIRE
Counsel for Defendant