# EXHIBIT A



| | | | |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT** | | Case #: | CN 0089-20 |
| | Incident: | Unlawful Possession of a Handgun |
| CAMDEN COUNTY POLICE DEPARTMENT | Complainant: | State of New Jersey |
| 800 FEDERAL STREET, CAMDEN NJ | Address: | 800 Federal Street |
| (856) 757-7400 | | Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

| | |
|---|---|
| **Incident Date & Time:** | 4/14/2021 @ 11:37pm |
| **Incident Location:** | S. 10th & Carl Miller Boulevard<br>Camden, NJ 08104 |
| **Defendant:** | Anthony Parker (███████████) |
| **Address:** | 2060 Kossuth Street, Camden, NJ 08104 |
| **Charges:** | Unlawful Possession of a Handgun, 2C:39-5B(1) (2nd Degree)<br><br>Certain Persons not to Possess Weapons, 2C:39-7B(1) (2nd Degree)<br><br>Receiving Stolen Property, 2C:20-7A (3rd Degree)<br><br>Possession of Large Capacity Magazine, 2C:39-3J (4th Degree) |

**Investigation:**

On Wednesday, April 14, 2021, myself and other law enforcement agents assigned to the Federal Bureau of Investigation (FBI) South Jersey Violent Offender & Gang Task Force (SJVOGTF) were conducting a mobile surveillance operation in South Camden, more specifically in the vicinities of the Whitman Park, Parkside, Lanning Square, Bergen Square, and Centerville sections of the city. The purpose of the surveillance was to identify, locate, and further surveil known, and yet-to-be identified, individuals associated with violent criminal enterprises and drug-trafficking organizations operating within the City of Camden. Members of the Task Force were operating in undercover capacity wearing plain clothes and operating covert unmarked vehicles. Present for the operation were myself, Sergeant J. Gonzalez #175 (CCPD/FBI), Detective A. Coulter #87 (CCPD/FBI), Detective D. Henry #649 (CCPD/FBI), Investigator B. Gindville (CCSO/FBI), FBI Special Agent (SA) R. McCarter, and FBI SA J. Alcidor.

At approximately 10:20pm, I was notified by Detective D. Henry #649 who advised that he observed a Black male, whom he immediately recognized as Anthony PARKER, date of birth (DOB) ███████, walking near the intersection of Broadway and Kaighns Avenue. PARKER was described to be wearing dark sweatpants and a dark jacket or hooded sweatshirt, and was observed to be holding a black handgun tight to the front of his left thigh with his left hand. Detective Henry further advised that PARKER was observed entering a dark colored Chrysler 300 with a New Jersey rear license plate before departing eastbound on Kaighns Avenue toward S. 7th Street (refer to Detective Henry's supplemental report for further information).

Upon receiving notification, I responded to Broadway and Kaighns Avenue from the area of S. 6th and Chestnut Streets. I checked the immediate area in an attempt to locate the vehicle with negative results. I then contacted Central

1

| | | | | | |
|---|---|---|---|---|---|
| **This offense is cleared:** | | | | | |
| Unfounded | ( ) | | | | |
| Cleared By Arrest | (X) | Signed: | *Michael McFetridge* | Date: | 4/26/2021 |
| Exceptionally Cleared | ( ) | | Detective M. McFetridge #467 | | |
| Inactive (Not Cleared) | ( ) | | | | |
| Early Case Closure | ( ) | Signed: | _____ #175 | Date: | 4/26/2021 |
| Preliminary Investigation | ( ) | | Supervisor | | |

Det Supp V1 6.5.14



| | | | |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT**<br>CAMDEN COUNTY POLICE DEPARTMENT<br>800 FEDERAL STREET, CAMDEN NJ<br>(856) 757-7400 | Incident:<br><br>Complainant:<br>Address: | Case #: | CN 0089-20<br>Unlawful Possession of a Handgun<br>State of New Jersey<br>800 Federal Street<br>Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

Communications by police radio and broadcasted a description of the vehicle to surrounding units including its last known direction of travel. A check of departmental databases was conducted which revealed a fixed Automated License Plate Reader (ALPR) recorded a dark gray Chrysler 300 bearing New Jersey Registration H90MYB traveling southbound on Mt. Ephraim Avenue through the intersection of Kaighns Avenue at approximately 10:22pm. A further check of law enforcement databases confirmed that the vehicle was registered to Anthony PARKER, ▇▇▇▇▇▇▇, of 2060 Kossuth Street, Camden, NJ. Law enforcement agents, including myself, have observed PARKER operating the target vehicle during prior occasions. In addition, PARKER has been stopped by marked Camden County Police Department patrol units while operating the target vehicle as recently documented as April 9, 2021. Following the ALPR hit, the target vehicle was observed on area surveillance video traveling to the area of Newport and Thurman Streets where it was unable to be located. It should be noted that the intersection of Newport and Thurman Streets is known by law enforcement agents to be an actively operating open-air drug set where crack cocaine and heroin are distributed by street level dealers. Law enforcement agents have observed Anthony PARKER interacting with set-workers at this location on prior occasions, and have received information by confidential sources indicating that PARKER holds a leadership role regarding the drug distribution activities taking place there.

    At approximately 10:39pm, Sergeant J. Gonzalez located PARKER's Chrysler 300 (NJ H90MYB) parked at a location in the vicinity of Bradley & Park Avenues in the Parkside section of Camden City. Surveillance of the vehicle was re-established. During the time of surveillance, no pedestrians or vehicles were observed approaching or interacting with the target vehicle.

    At approximately 11:35pm, Detective A. Coulter observed the vehicle as it departed on Bradley Avenue toward Euclid Avenue. At approximately 11:42pm, the target vehicle was observed as it arrived to Rose Street and pulled to the left side of the road. The vehicle proceeded to this location without making any stops along the way. Sergeant Gonzalez maintained view of the vehicle as the driver appeared to remain inside. As the vehicle was parked, an unknown male was observed as he approached the driver's side of the vehicle and appeared to engage the driver in conversation.

    At approximately 11:54pm, the target vehicle departed on Rose Street, making a right turn onto Liberty Street, followed by a right turn onto Thurman Street, a left turn onto Mt. Ephraim Avenue, a right turn onto Carl Miller Boulevard, and finally a right turn onto S. 10th Street. The target vehicle continued along the route of travel without stopping along the way. As the target vehicle traveled, Sergeant J. Gonzalez used police radio to advise marked patrol units of its location to facilitate a motor vehicle stop.

    At approximately 11:57pm, uniformed officers were able to conduct a motor vehicle stop of the target vehicle utilizing marked patrol cars. The stop occurred on S. 10th Street, just north of the intersection of Carl Miller Boulevard and was conducted by Officers Topper #974 and Razo #855. Upon initiating the stop, orders were given to the driver, later confirmed to be PARKER, to roll the windows down to which he initially did not comply. After several ignored requests, PARKER eventually complied and rolled the windows down, enabling officers to visually determine he was the lone occupant. Officers advised PARKER to exit the vehicle who complied with their orders. As PARKER exited, his hands were observed physically shaking and his voice quivered as he spoke with officers. Due to the observations previously made by Detective D. Henry who observed PARKER in possession of a handgun, PARKER's initial hesitation in rolling the target vehicle's

2

| This offense is cleared: | | | | | |
|---|---|---|---|---|---|
| Unfounded | ( ) | Signed: | *Michael McFetridge* | Date: | 4/26/2021 |
| Cleared By Arrest | (X) | | Detective M. McFetridge #467 | | |
| Exceptionally Cleared | ( ) | | | | |
| Inactive (Not Cleared) | ( ) | | | | |
| Early Case Closure | ( ) | Signed: | *[signature]* #175 | Date: | 4/26/2021 |
| Preliminary Investigation | ( ) | | Supervisor | | |

Det Supp V1 6.5.14



| | |
|---|---|
| **SUPPLEMENTAL OFFENSE REPORT**<br>CAMDEN COUNTY POLICE DEPARTMENT<br>800 FEDERAL STREET, CAMDEN NJ<br>(856) 757-7400 | **Case #:** CN 0089-20<br>**Incident:** Unlawful Possession of a Handgun<br>**Complainant:** State of New Jersey<br>**Address:** 800 Federal Street<br>Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

windows down, and PARKER's exhibited signs of nervousness by way of visibly shaking hands and quivering voice, officers conducted a pat down of his body for weapons which yielded negative results.

While the investigation continued, officers received verbal permission from PARKER to retrieve the vehicle's documents from within the glove box of the target vehicle. While retrieving the documents, officers observed a large sum of United States Currency inside of the glove compartment. The total amount of currency was estimated to be approximately $10,000.00 and consisted of approximately fifteen (15) thick folds of cash wrapped in a white plastic shopping bag. Additionally, officers observed at least two (2) flip-style prepaid telephones in the driver's door pocket and an iPhone near the center console of the target vehicle. Due to my training and experience, I have come to understand that subjects involved in the illicit sales of narcotics commonly utilize multiple phones to facilitate their drug dealing activities in efforts to thwart law enforcement detection. My training and experience also leads me to recognize the manner in which the currency located in the target vehicle was packaged was consistent with the proceeds of illicit narcotics transactions as they are prepared for collection and distribution to other members involved in a drug trafficking organization.

At approximately 12:15am, Camden County Police Department K9 Officer Clark #692 responded to the scene with his K9 partner "Bane". Officer Clark and K9 Bane conducted an open-air narcotics sniff of the exterior of the Chrysler 300 (H90MYB) resulting in a positive indication for the presence of narcotics. Specifically, K9 Bane positively indicated by aggressively scratching and jumping at the door seems between the front and rear doors on the driver's and passenger's side of the vehicle. Following the sniff, the target vehicle was secured and Camden Towing was notified to respond to the scene to tow the vehicle pending the application of a search warrant.

At approximately 12:54am, Camden Towing arrived to S. 10th & Carl Miller Boulevard to tow PARKER's Chrysler 300 (H90MYB). At approximately 1:00am, Camden Towing departed with the vehicle with CCPD Officer Wizbicki #873 escorting the tow operator and vehicle to a secure location monitored by video surveillance at 1520 E. State Street, Camden, NJ. At approximately 1:08am, the vehicle arrived safely to the secure location where it remained pending the application of a search warrant.

On Thursday, April 15, 2021, I prepared a search warrant application for the Chrysler 300 bearing New Jersey registration H90MYB that was registered to Anthony PARKER. The application was reviewed and approved by Special Deputy Attorney Acting Assistant Prosecutor Lauren J. Wojcik of the Camden County Prosecutor's Office. The search warrant was later authorized by the Honorable Judge Gwendolyn Blue, J.S.C.

On Friday, April 16, 2021 at approximately 11:00am, I responded to Camden Towing, 1520 E. State Street, Camden, NJ, to execute the search warrant. Also present for the search were Detective D. Henry, Detective A. Coulter, Investigator Ben Gindville, SA R. McCarter, and Camden County Prosecutor's Office Detectives J. Miller and J. Harman. The vehicle was processed by CCPD Crime Scene Unit P. Rigney #256 and W. Jezior who photographed and collected the following evidence (see crime scene report for further information):

- Black Glock 19 9mm handgun (S/N BGMX058) loaded with a 15 round capacity magazine and 14 ball point rounds

3

| This offense is cleared: | | | | |
|---|---|---|---|---|
| Unfounded | ( ) | | | |
| Cleared By Arrest | (X) | Signed: _____ | Date: | 4/26/2021 |
| Exceptionally Cleared | ( ) | Detective M. McFetridge #467 | | |
| Inactive (Not Cleared) | ( ) | | | |
| Early Case Closure | ( ) | Signed: _____ | Date: | 4/26/2021 |
| Preliminary Investigation | ( ) | Supervisor | | |

Del Supp V1 6.5.14



| SUPPLEMENTAL OFFENSE REPORT<br>CAMDEN COUNTY POLICE DEPARTMENT<br>800 FEDERAL STREET, CAMDEN NJ<br>(856) 757-7400 | Case #: | CN 0089-20 |
|---|---|---|
| | Incident: | Unlawful Possession of a Handgun |
| | Complainant: | State of New Jersey |
| | Address: | 800 Federal Street<br>Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

- Six (6) cell phones
- Miscellaneous documents
- $7,785.00 U.S.C.

The handgun was located in a natural void behind the air conditioning controls that were positioned under the vehicle's radio. Prior to the search, the panel was intact and not visually detected. Following the retrieval of the handgun, the panel was replaced as it was prior to the search.

The cell phones consisted of two (2) flip style phones located in the driver's door pockets, and four (4) iPhones located on the front driver's side floor, front cup holder, and two (2) on the front passenger's seat.

Miscellaneous documents addressed to Anthony PARKER were recovered from the rear of the target vehicle.

The United States Currency was seized from the glove box and center console of the vehicle. The currency located in the glovebox was wrapped in a white plastic bag and consisted of sixteen (16) individual folds of paper cash secured with rubber bands in the total amount of $7,652.00. A bundle of $133.00 of paper U.S.C. was located within the center console of the vehicle.

Following the seizure of the above listed evidence, I re-secured the vehicle by locking its doors, and law enforcement agents cleared the area.

A firearms trace was later conducted revealing the handgun was reported stolen out of Philadelphia, PA on December 15, 2017 (NIC G024253896). A hit confirmation was later received by Philadelphia Police Department.

Subsequent to the investigation, I notified Special Deputy Attorney General Acting Assistant Prosecutor Section Chief David Deitz of the Camden County Prosecutor's Office of my findings. S/C Dietz approved charges for Anthony PARKER for Unlawful Possession of a Handgun (2nd Degree), Certain Persons not to Possess Weapons (2nd Degree), Receiving Stolen Property (3rd Degree), and Possession of a Large Capacity Magazine (4th Degree). The charges were placed on complaint #0408 W 2021 002801 as per the Honorable Judge Baltimore.

The currency recovered from the vehicle was counted with assistance from Detective A. Coulter and later submitted to evidence pending application of forfeiture.

A wanted flyer for Anthony PARKER was generated and disseminated to law enforcement personnel.

Based on the facts and circumstances of this case, I recommend that this case be marked "Cleared by Arrest".

4

| This offense is cleared: | | | | |
|---|---|---|---|---|
| Unfounded | ( ) | | | |
| Cleared By Arrest | (X) | Signed: _____ Detective M. McFetridge #467 | Date: | 4/26/2021 |
| Exceptionally Cleared | ( ) | | | |
| Inactive (Not Cleared) | ( ) | | | |
| Early Case Closure | ( ) | Signed: _____ Supervisor | Date: | 4/26/2021 |
| Preliminary Investigation | ( ) | | | |

Det Supp V1 6.5.14

# EXHIBIT B



| | | | |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT** | | Case #: | 2104170592 |
| CAMDEN COUNTY POLICE DEPARTMENT | Incident: | Burglary/Tampering with Evidence |
| 800 FEDERAL STREET, CAMDEN NJ | Complainant: | State of New Jersey |
| (856) 757-7400 | Address: | 800 Federal Street Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

| | |
|---|---|
| **Incident Date & Time:** | 4/17/2021 @ 8:50pm |
| **Incident Location:** | 1520 E. State Street Camden, NJ 08105 |
| **Defendant:** | N/A |
| **Address:** | N/A |
| **Charges:** | N/A |

## Investigation:

On Tuesday, April 20, 2021 at approximately 1:30pm, members of the Camden County Police Department (CCPD) Narcotics-Gang Unit (NGU), responded to Camden Towing located at 1520 E. State Street to execute a search warrant on a vehicle being held in the lot for investigation. While on the assignment, Detective Lex #902 conducted a visual inspection of a black Dodge Charger bearing New Jersey temporary registration W202414 that was being held for an unrelated investigation pending a search warrant application. While inspecting the vehicle, it was discovered that previously observed plain view contraband was no longer visible from the exterior of the car. A check of the on-site video surveillance system revealed a tow operator, previously identified as ▮▮▮▮▮, illegally entered the vehicle in question using a lock-out tool kit to access its interior (refer to CCPD case #▮▮▮▮ for further information).

At approximately 5:00pm, ▮▮▮▮ arrived to his work shift at Camden Towing where he was detained by law enforcement agents and transported to CCPD Police Administration Building located at 800 Federal Street, Camden, NJ for further investigation. I responded to the Police Administration Building where I met with Detective Lex who briefed me of the details gathered leading to contact with ▮▮▮▮. After reviewing the details, Detective Lex and I met with ▮▮▮▮ and conducted an audio and video recorded statement. Upon initiating the interview, basic demographic information was obtained from ▮▮▮▮. Next, ▮▮▮▮ was advised that detectives wished to speak with him regarding vehicle burglaries. ▮▮▮▮ was explained his Miranda Rights and agreed to provide a statement. During the course of the statement, ▮▮▮▮ admitted to entering the above described Dodge Charger and taking a quantity of crack cocaine from within the passenger's compartment. ▮▮▮▮ acknowledged that he towed the Dodge Charger and Anthony PARKER's Chrysler 300 (H90MYB) during the same shift, however denied tampering with the Chrysler 300. Additionally, ▮▮▮▮ stated that upon arriving to the tow yard with the Chrysler 300, he observed a white Ford Fusion sedan with an out of state license plate at the tow yard. As ▮▮▮▮ pulled into the yard, the white Ford Fusion quickly departed toward Harrison Avenue. ▮▮▮▮ entered the yard in the company of a marked Camden County Police Department patrol vehicle and secured the Chrysler 300 in the lot.

▮▮▮▮ later went on to state that during the afternoon of Friday, April 16, 2021, he was at his home when a relative advised him that someone was at the residence to speak with him. ▮▮▮▮ responded to the front door of the residence where he was met with a Black female known to him as, "Sacha", later identified as Saidah Davis, (DOB) ▮▮▮▮. Davis was in the company of a Black male who began to speak with him regarding the gray Chrysler 300 that

1

| This offense is cleared: | | | | | |
|---|---|---|---|---|---|
| Unfounded | ( ) | | | | |
| Cleared By Arrest | ( ) | Signed: *Michael McFetridge* | | Date: | 5/10/2021 |
| Exceptionally Cleared | ( ) | Detective M. McFetridge #467 | | | |
| Inactive (Not Cleared) | ( ) | | | | |
| Early Case Closure | ( ) | Signed: *[signature]* | | Date: | 5/10/2021 |
| Preliminary Investigation | (X) | Supervisor | | | |

Det Supp V1 6.5.14



| | | Case #: | 2104170592 |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT** | | Incident: | Burglary/Tampering with Evidence |
| CAMDEN COUNTY POLICE DEPARTMENT 800 FEDERAL STREET, CAMDEN NJ (856) 757-7400 | | Complainant: | State of New Jersey |
| | | Address: | 800 Federal Street Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

he towed from S. 10th & Carl Miller Boulevard to Camden Towing. The male identified himself as the owner of the vehicle and informed ▆▆▆▆ that there was a gun and money being stored inside. Furthermore, the male advised ▆▆▆▆ that the gun was hidden behind a panel in the dashboard, and he offered ▆▆▆▆ $2,000.00 to retrieve the items from the vehicle. ▆▆▆▆ stated that he declined the offer, and both Davis and the male entered a white Ford Fusion with out of state registration before departing from the area. ▆▆▆▆ stated that he believed the vehicle to be the same vehicle observed at the tow yard during the night the Chrysler 300 was towed.

▆▆▆▆ advised that he was unfamiliar with Davis' male counterpart, however stated that he would possibly be able to identify him if seen again. I subsequently contacted Camden County Sheriff's Department and requested a photo line-up be generated containing a photograph of Anthony PARKER, (DOB) ▆▆▆▆. The unmarked photographs were later received and I provided them to CCPD Detective Menendez #469 for the purposes of conducting a photo display procedure with ▆▆▆▆. Detective Menendez was unfamiliar with the investigation and had no prior knowledge of any of the details discussed during our interview.

Next, Detective Menendez numbered the photographs before meeting with ▆▆▆▆ and explaining the photo display procedures to him. ▆▆▆▆ indicated that he understood the directions and the display procedure commenced. ▆▆▆▆ was shown each of the eight (8) photographs one at a time. During the procedure, ▆▆▆▆ definitively eliminated all but Anthony PARKER's photograph (#5) as potential suspects. ▆▆▆▆ was shown all eight (8) photographs a second time with the same results. ▆▆▆▆ explained that he was afraid to be wrong and did not want to commit to making a positive identification since his interaction with the individual was brief. The photo display procedure was concluded and Detective Menendez left the interview room. Detective Menendez reported the results of the procedure to me and initialed the back of photograph #5 to memorialize it as the only photograph that was not eliminated by ▆▆▆▆.

Shortly after conducting the photo display procedure, the interview with ▆▆▆▆ was concluded.

On Friday, April 23, 2021 at approximately 2:30pm, Sergeant J. Gonzalez and I met with ▆▆▆▆ at an undisclosed location in East Camden. A surreptitiously recorded audio statement was obtained during which time ▆▆▆▆ explained his familiarity with the person he previously identified as "Sacha". Based on his acquaintance with "Sacha" and frequent previous encounters, a single photograph of a subject consistent with the given description was displayed to ▆▆▆▆. The photograph was unmarked, and was obtained from a government database. Upon viewing the photograph, ▆▆▆▆ immediately stated, "That's her, there you go." ▆▆▆▆ subsequently dated and initialed the photograph, and wrote "Sacha" to indicate how the subject is known to be identified to him. The photograph confirmed the identity of the subject as Saidah DAVIS, DOB ▆▆▆▆, of ▆▆▆▆. ▆▆▆▆ added that he knew DAVIS to operate a blue Kia sedan which was later confirmed by law enforcement databases. No further pertinent information was able to be obtained and the statement was concluded. Law enforcement agents are aware that DAVIS and PARKER are acquainted through social media, other mutual acquaintances, and through other familial relationships.

During the course of this investigation, I reviewed video surveillance footage captured by the Camden Towing video surveillance system during the time Anthony PARKER's Chrysler 300 (NJ H90MYB) was held in the impound lot. Between

2

| This offense is cleared: | | | | |
|---|---|---|---|---|
| Unfounded | ( ) | | | |
| Cleared By Arrest | ( ) | Signed: *Michael McFetridge* | Date: | 5/10/2021 |
| Exceptionally Cleared | ( ) | Detective M. McFetridge #467 | | |
| Inactive (Not Cleared) | ( ) | | | |
| Early Case Closure | ( ) | Signed: _____ | Date: | 5/10/2021 |
| Preliminary Investigation | (X) | Supervisor | | |

Det Supp V1 6.5.14



| | | | |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT** | | Case #: | 2104170592 |
| CAMDEN COUNTY POLICE DEPARTMENT | Incident: | Burglary/Tampering with Evidence | |
| 800 FEDERAL STREET, CAMDEN NJ | Complainant: | State of New Jersey | |
| (856) 757-7400 | Address: | 800 Federal Street<br>Camden, NJ 08103 | |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

the time the vehicle arrived to the lot and the execution of a court ordered search warrant, no individuals were observed tampering with the vehicle.

3

**This offense is cleared:**

| | | | | | |
|---|---|---|---|---|---|
| Unfounded | ( ) | | | | |
| Cleared By Arrest | ( ) | Signed: | Detective M. McFetridge #467 | Date: | 5/10/2021 |
| Exceptionally Cleared | ( ) | | | | |
| Inactive (Not Cleared) | ( ) | | | | |
| Early Case Closure | ( ) | Signed: | Supervisor | Date: | 5/10/2021 |
| Preliminary Investigation | (X) | | | | |

Det Supp V1 6.5.14

# EXHIBIT C



| | | | |
|---|---|---|---|
| **SUPPLEMENTAL OFFENSE REPORT** | | Case #: | 2104170592 |
| CAMDEN COUNTY POLICE DEPARTMENT | Incident: | Burglary/Tampering with Evidence |
| 800 FEDERAL STREET, CAMDEN NJ | Complainant: | State of New Jersey |
| (856) 757-7400 | Address: | 800 Federal Street Camden, NJ 08103 |

*ADDITIONAL DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.*

**Incident Date & Time:**  4/17/2021 @ 8:50pm
**Incident Location:**  1520 E. State Street
Camden, NJ 08105
**Defendant:**  N/A
**Address:**  N/A
**Charges:**  N/A

**Investigation:**

On Friday, May 7, 2021 at approximately 11:00am, Camden County Police Department (CCPD) Sergeant J. Gonzalez #175 and I escorted ▓▓▓▓ to the United States Attorney's Office (Camden Branch) to meet with Assistant United States Attorney (AUSA) K. Harberg. Upon arrival, Mr. ▓▓▓▓ confirmed his recollection of events pertaining to the statement he provided to law enforcement agents on April 20, 2021. In addition to the previously provided information, Mr. ▓▓▓▓ clarified some of the initial details regarding his contact with Saidah Davis. Mr. ▓▓▓▓ explained that during the afternoon of Friday, April 16, 2021, he was at his residence when a relative advised him that "Sacha", later identified as Saidah Davis, was there to speak with him. He responded to the front of the residence where he met with Davis who indicated, "They had a little thing going on, and they need help...can you help him?" As Davis spoke, she gestured by pointing toward the Black male who was accompanying her. Davis continued, "We've got a problem, can you help? We need help." The male, believed by law enforcement agents to be identified as Anthony Parker, began speaking with Mr. ▓▓▓▓ and offered him money to remove a handgun and cash from inside of the previously towed Chrysler 300 (NJ H90MYB). Mr. ▓▓▓▓ stated that he refused to accept to the male's offer. As the conversation progressed, the male asked Mr. ▓▓▓▓ where in the tow yard the vehicle was located. Mr. ▓▓▓▓ informed the male that the vehicle was parked in the front of the lot by a camera. Following the conversation, Mr. ▓▓▓▓ provided Davis with his telephone number at her request. Davis advised Mr. ▓▓▓▓ "We'll be in touch," before departing with the male. Mr. ▓▓▓▓ stated that the encounter lasted approximately twenty (20) minutes.

1

| This offense is cleared: | | | | | |
|---|---|---|---|---|---|
| Unfounded | ( ) | | | | |
| Cleared By Arrest | ( ) | Signed: _Michael McFetridge_ | Date: | 5/20/2021 |
| Exceptionally Cleared | ( ) | Detective M. McFetridge #467 | | |
| Inactive (Not Cleared) | ( ) | | | | |
| Early Case Closure | ( ) | Signed: _[signature] #175_ | Date: | 5/24/2021 |
| Preliminary Investigation | (X) | Supervisor | | |

Det Supp V1 6.5.14