UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. EDWARD S. KIEL |
| v. | : | Cr. No. 21-400 (ESK) |
| SAIDAH DAVIS | : | ORDER REDUCING TERM OF SUPERVISED RELEASE |

This matter having come before the Court on the application of the United States Probation Office, pursuant to the provisions of Title 18, United States Code, Section 3583(e)(3) to reduce the defendant's term of supervised release; and the Court having found that the defendant has successfully completed the United States District Court's ReNew-Camden reentry program; and for good cause shown;

It is on this 17th day of September 2024,

ORDERED that Saidah Davis' term of supervised release is reduced by one year from a three-year term of supervised release to a two-year term of supervised release.

BY THE COURT:

_____
HON. EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE